# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SANCHEZ MARIO,
(A Number: 092-562-211)

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:26-cv-06575-JLT-EGC (HC)

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

(Doc. 1)

Sanchez-Mario is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner states they have been continuously detained by Immigration and Customs Enforcement since April 2, 2026. Petitioner claims their detention has become unreasonably prolonged in violation of their due process rights.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondents ARE ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; *see* Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).

Respondents SHALL INCLUDE a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Respondents are ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within SEVEN (7) days of the date of service of this order.

2. Petitioner may file a Traverse to the Response within SEVEN (7) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).

The Clerk of Court is DIRECTED to serve a copy of this order on Petitioner at their last known address as reflected on the docket.

IT IS SO ORDERED.

Dated: **August 19, 2026**

Erin Sun Castillo
UNITED STATES MAGISTRATE JUDGE